AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| PEDRO PAEZ-CHAVEZ | CASE NUMBER: 08cr2149-JAH |

I, PEDRO PAEZ-CHAVEZ, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 26, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*[Signature]*
Defendant

*[Signature]*
Counsel for Defendant

Before *[Signature]*
JUDICIAL OFFICER

FILED
JUN 2 6 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY